## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUDICIAL WATCH, INC.**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 19-cv-622 (RC) |
| | ) |
| **U.S. DEPARTMENT OF STATE**, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JOINT NOTICE OF DISMISSAL WITH PREJUDICE

The parties, by counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), respectfully submit this joint stipulation of dismissal with prejudice.  Each party will bear its own attorneys' fees and costs.

Date: September 16, 2019              Respectfully submitted,

                                      */s/*
                                      ERIC W. LEE
                                      D.C. Bar No. 1049158
                                      Judicial Watch, Inc.
                                      425 Third Street SW, Suite 800
                                      Washington, DC 20024
                                      Tel: (202) 646-5172
                                      Email: elee@judicialwatch.org

                                      *Counsel for Plaintiff*

Date: September 16, 2019              Respectfully submitted,

                                      HASHIM M. MOOPPAN
                                      Deputy Assistant Attorney General

                                      ELIZABETH J. SHAPIRO
                                      Deputy Director
                                      Federal Programs Branch

                                      */s/*
                                      KAREN S. BLOOM

- 2 -

        Trial Attorney (DC Bar No. 499425)
        United States Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street, NW
        Washington, DC 20530
        Karen.s.bloom@usdoj.gov
        Telephone: (202) 514-4964
        Facsimile: (202) 616-8470

*Counsel for Defendant*